U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

IN RE: MACK I. FRANK             :       DOCKET NO. 2:06-mc-004

                                 :       JUDGE MINALDI

                                 :       MAGISTRATE JUDGE WILSON

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed

on April 26, 2006 [doc. 21], and after an independent review of the entire record and the objections

filed herein,

IT IS ORDERED that Mack I. Frank's practice before this court be suspended for a minimum

of one year from the date of this judgment.

Lake Charles, Louisiana, this _____ day of November, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT